CUTOLO BARROS LLC
Jason N. Sena, Esq. (016842012)
46-50 Throckmorton Street
Freehold, New Jersey 07728
(732) 414-1170
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONMOUTH COUNTY REPUBLICAN COMMITTEE,<br><br>                Plaintiff,<br><br>v.<br><br>TAHESHA WAY, in her official capacity as Secretary of State of New Jersey; and, MONMOUTH COUNTY BOARD OF ELECTIONS,<br><br>                Defendants. | Case No. 3:20-cv-13914-MAS-ZNQ<br><br>Civil Action<br><br><br>NOTICE OF DISMISSAL<br>WITHOUT PREJUDICE |

Plaintiff Monmouth County Republican Committee by and through its attorneys, Cutolo Barros LLC, hereby gives notice that the above-captioned matter and the claims raised therein are to be dismissed without prejudice.

CUTOLO BARROS LLC
Attorneys for Plaintiff Monmouth County Republican Committee

*/s/ Jason N. Sena*
Jason N. Sena, Esq.

Dated: October 23, 2020

So Ordered this 23rd day of October, 2020.

_____
Honorable Michael A. Shipp, U.S.D.J.

10323.0000